# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 28, 2020

## NO. 03-19-00741-CV

### E. E. and C. C., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

### APPEAL FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
### AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
### OPINION BY JUSTICE TRIANA

This is an appeal from the order signed by the trial court on October 11, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's order terminating the mother's parental rights and remands that portion of the cause to the district court for further proceedings consistent with this opinion. We instruct the district court to commence any new trial on remand no later than 180 days after the mandate is issued by this Court. We otherwise affirm the district court's order of termination. Because Appellants are indigent and unable to pay costs, no adjudication of costs is made.